UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KNIJIA DINGLE, | : |
|          Plaintiff | : CIVIL ACTION NO.<br>: 3:03 CV 375 (PCD) |
| v. | : |
| NORTHWEST CATHOLIC HIGH SCHOOL, INC., | : |
|          Defendant | : OCTOBER 10, 2003 |

FILED Oct 14 3 43 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the Plaintiff in the above action hereby stipulates to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the Plaintiff voluntarily stipulates to the dismissal of all claims set forth in the above action. The Plaintiff further stipulates that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

PLAINTIFF,
KNIJIA DINGLE

By: _____
William G. Madsen (ct09853)
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
(860) 246-2466 (tel.)
(860) 246-1794 (fax)

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

Jeffrey C. Pingpank
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

_____
William G. Madsen